# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE

———————————————————————

|  |  |  |
|---|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | Court No. 20-00109 |
| CABINETS TO GO, LLC, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AMERICAN KITCHEN CABINET ALLIANCE, | ) ) | |
| Defendant-Intervenor | ) ) | |

———————————————————————

|  |  |  |
|---|---|---|
| THE ANCIENTREE CABINET CO., LTD., | ) ) | |
| Plaintiff, | ) ) | Court No. 20-00114 |
| and | ) ) | |
| CABINETS TO GO, LLC, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |

| | |
|---|---|
| and | ) |
| | ) |
| AMERICAN KITCHEN CABINET ALLIANCE, | ) |
| | ) |
| Defendant-Intervenor | ) |
| | ) |

## **<u>ORDER</u>**

Upon consideration of defendant's Consent Motion To Consolidate Cases, and all other papers and proceedings in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated into *The Ancientree Cabinet Co., LTD. v. United States*, Consol. Ct. No. 20-00114; and it is further

ORDERED that the parties shall file the joint status report in the consolidated case within two weeks of the Court granting this motion.


Dated: _____          _____
      New York, New York                                    Judge

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE

_____

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 20-00109 |
| and ) | |
| ) | |
| CABINETS TO GO, LLC, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| AMERICAN KITCHEN CABINET ALLIANCE, ) | |
| ) | |
| Defendant-Intervenor ) | |

_____

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 20-00114 |
| and ) | |
| ) | |
| CABINETS TO GO, LLC, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |

```
                    and                          )
                                                 )
AMERICAN KITCHEN CABINET ALLIANCE,               )
                                                 )
          Defendant-Intervenor                   )
────────────────────────────────────────────────)
```

## DEFENDANT'S MOTION TO CONSOLIDATE CASES

Pursuant to Rules 7 and 42(a) of the Rules of the United States Court of International Trade, defendant, the United States, respectfully requests that the Court consolidate *Dalian Meisen Woodworking Co., LTD.*, Ct. No. 20-00109; and *The Ancientree Cabinet Co., LTD.*, Ct. No. 20-00114 into *The Ancientree Cabinet Co., LTD.*, Consol. Ct. No. 20-00114.[1]  All parties consent to this motion except for The Ancientree Cabinet Co., LTD (Ancientree).  Ancientree has the motion under advisement and will prepare a written response.

Rule 42(a) provides that when actions involving "a common question of law or fact" are pending before the court, the Court may order all the actions consolidated and may issue any other orders to avoid unnecessary costs or delay.  The provisions of Rule 42(a) are applicable here.  The cases identified above challenge the same final determination based on the same administrative record issued by the Department of Commerce in the antidumping duty investigation of wooden cabinets and vanities from the People's Republic of China, issued and published as *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less than Fair Value*, 85 Fed. Reg. 11,953 (Dep't of Commerce February 28, 2020) (final investigation determination), and corrected by *Wooden Cabinets and Vanities and Components Thereof From the People's*

───────────────────

[1] Defendant proposes to consolidate the actions into *The Ancientree Cabinet Co., LTD.*, Consol. Ct. No. 20-00114, because the administrative record already has been filed on the docket of that case.

2

*Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less than Fair Value*, 85 Fed. Reg. 17,855 (Dep't of Commerce March 31, 2020) (corrected final investigation determination). Consolidation of the two matters is also appropriate because potential remands in separate cases might lead to inconsistent calculations and conflicting results.  Accordingly, in this situation, consolidation will promote both judicial and administrative efficiency.

Accordingly, we respectfully request that the Court consolidate the above-captioned cases into *The Ancientree Cabinet Co., LTD. v. United States*, Consol. Ct. No. 20-00114.

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/Ioana Cristei

OF COUNSEL:                                     IOANA CRISTEI
SAVANNAH ROSE MAXWELL        Trial Attorney
Attorney                                              U.S. Department of Justice
Office of the Chief Counsel                  Civil Division
    for Trade Enforcement and Compliance    Commercial Litigation Branch
U.S. Department of Commerce           P.O. Box 480
Washington, D.C.                                 Ben Franklin Station
                                                          Washington, D.C. 20044
                                                          Tel: (202) 305-0001
                                                          Fax: (202) 305-7644
                                                          Email: Ioana.Cristei@usdoj.gov

July 23, 2020                                        *Attorneys for Defendant United States*

3