Report generated on: 6/9/2020 9:11:39 AM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-106 - Wooden Cabinets and Vanities and Components Thereof From People Republic of China

INV

*Contains Data files*

* BPI Documents - May Not Be Released Under APO * BPI Documents - May Not Be Released Under APO

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1<br>BPI Not Releasable | 9/27/2019 | LETTER FROM WILEY REIN LLP TO SEC OF COMMERCE PERTAINING TO PETITIONER PRE-PRELIM COMMENTS - PART 1 | INV | 3894966-01 |
| 2<br>BPI Not Releasable | 9/27/2019 | LETTER FROM WILEY REIN LLP TO SEC OF COMMERCE PERTAINING TO PETITIONER PRE-PRELIM COMMENTS - PART 2 | INV | 3894966-02 |