UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., <br><br> Plaintiff, <br><br> CABINETS TO GO, LLC, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AMERICAN KITCHEN CABINET ALLIANCE, <br><br> Defendant-Intervenors. | Court No. 20-00109 |

**DECLARATION OF KABIR ARCHULETTA**

1. Pursuant to the Rule 73.2 of the U.S. Court of International Trade, I, Kabir Archuletta, Program Manager, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the final determination issued in the antidumping duty investigation on Wooden Cabinets and Vanities from the People's Republic of China, issued and published as *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Antidumping Duty Order*, 85 Fed. Reg. 22,126 (Dep't of Commerce April 21, 2020).

2. To the best of my knowledge, I have included in the administrative record all documents pertaining to the above-referenced proceeding presented to or obtained by the Secretary of Commerce or his delegates during the proceeding.

3. I have prepared a true and complete copy of the administrative record in the above-referenced proceeding.

4. The attached index is a complete list of the documents comprising the administrative record in the above-referenced proceeding.

5. Also attached is a true and complete copy of the final determination issued in the antidumping duty investigation on Wooden Cabinets and Vanities from the People's Republic of China, issued and published as *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Antidumping Duty Order*, 85 Fed. Reg. 22,126 (Dep't of Commerce April 21, 2020), and the Issues and Decision Memorandum accompanying the final determination.

6. I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

_[signature]_                                                                     Date:       7/24/20
Kabir Archuletta
Program Manager
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230