# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD. | ) ) ) ) |
| Plaintiff, | ) ) Court No. 20-00109 |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |

## MOTION FOR JUDGMENT UPON THE AGENCY RECORD PURSUANT TO USCIT RULE 56.2 OF CONSOLIDATED PLAINTIFF DALIAN MEISEN WOODWORKING CO., LTD.

Pursuant to Rule 56.2 of the Rules of the Court, Consolidated Plaintiff Dalian Meisen Woodworking Co., Ltd. ("Meisen") hereby moves for judgment on the agency record with respect to its complaint challenging the final determination of the antidumping investigation issued by the U.S. Department of Commerce ("Department" or "Commerce") as *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value Certain Steel Nails from the People's Republic of China*, 85 Fed. Reg. 11953 (February 28, 2020); *see also Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 17855 (March 31, 2020) ("Final Determination") and *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Antidumping Duty Order*, 85 Fed. Reg. 22126 (April 21, 2020), including the accompanying Issues and Decision Memorandum.

For the reasons explained in the accompanying memorandum, Plaintiff respectfully move for the Court to hold that the contested portions of the *Final Determination* are not supported by substantial evidence or otherwise not in accordance with law.  Plaintiff further moves for the Court to remand this matter to the U.S. Department of Commerce for disposition consistent with the order and opinion of the Court.

                      Respectfully submitted,

                      /s/Jeffrey S. Neeley
                      Jeffrey S. Neeley
                      Nithya Nagarajan
                      Stephen W. Brophy

                      Husch Blackwell, LLP

                      750 17th St., NW Suite 900
                      Washington, D.C. 20006
                      (202) 378 – 2357
                      Jeffrey.Neeley@huschblackwell.com

Dated:  October 16, 2020