UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>) | Court No. 20-00109 |

**ORDER**

Upon consideration of the motion of Plaintiff Dalian Meisen Woodworking Co., Ltd., for judgment on the agency record pursuant to Rule 56.2 of the Rules of this Court, and all other papers and proceedings herein; it is hereby

**ORDERED**, that Plaintiff's Rule 56.2 Motion is GRANTED, and it is further

**ORDERED** that the final antidumping determination with respect to *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value Certain Steel Nails from the People's Republic of China*, 85 Fed. Reg. 11953 (February 28, 2020), *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 17855 (March 31, 2020), and *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Antidumping Duty Order*, 85 Fed. Reg. 22126 (April 21, 2020) is hereby remanded to

the U.S. Department of Commerce with instructions to take such further action as required by the Court's decision in this matter.

**SO ORDERED.**

**Date:** _____, **2021**            _____

**New York, New York**                                **Gary S. Katzmann, Judge**