IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., <br><br> *Plaintiff,* <br><br> CABINETS TO GO, LLC, <br><br> *Plaintiff-Intervenor,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> AMERICAN KITCHEN CABINET ALLIANCE <br><br> *Defendant-Intervenor.* | Ct. No. 20-00109 |

### STATEMENT OF PLAINTIFF-INTERVENOR IN LIEU OF A RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

On behalf of Plaintiff-Intervenor Cabinets to Go, LLC we hereby notify the Court that we are not filing a Rule 56.2 Motion for Judgment on the Agency Record, and take no position regarding arguments made by Dalian Meisen Woodworking Co., Ltd., in its Memorandum of Points and Authorities and its Motion for Judgment on the Agency Record, filed October 16, 2020. We do not plan on filing a separate brief in this proceeding.

                                                        Respectfully submitted,

                                                        /s/ Mark Ludwikowski
                                                        Mark Ludwikowski
                                                        Courtney Gayle Taylor
                                                        R. Kevin Williams

                                                    William Sjoberg

                                                    *Counsel to Plaintiff-Intervenors*
                                                    *Cabinets To Go, LLC*

October 16, 2020

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenor Cabinets to Go, LLC ("CTG") Memorandum in Lieu of its 56.2 Motion, as computed by Clark Hill's word processing system Microsoft Office Professional, is <u>115</u> words, less than the 14,000 word limit.

<u>/s/ Mark Ludwikowski</u>
Mark Ludwikowski

*Counsel to Plaintiff-Intervenors*
*Cabinets To Go, LLC*

October 16, 2020