## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., <br>    Plaintiff, <br>and <br>CABINETS TO GO, LLC, <br>    Plaintiff-Intervenor, <br>v. <br>UNITED STATES, <br>    Defendant, <br>and <br>AMERICAN KITCHEN CABINET ALLIANCE, <br>    Defendant-Intervenor. | Ct. No. 20-00109 <br><br> Before: M. Miller Baker, Judge |

## ORDER

Before the court is Plaintiff's motion for oral argument (ECF 52) on its Rule 56.2 motion for judgment on the agency record (ECF 30, confidential, and ECF 31, public). No party expresses a preference for in-person argument in New York City, and the government affirmatively expresses a preference for remote argument. It is hereby

**ORDERED** that the motion for oral argument is granted, and it is further

**ORDERED** that a remote oral argument will take place on September 2, 2021, at 11:00 AM. The court will provide technical details

2

regarding the remote oral argument in the weeks preceding the argument date.

Dated:     June 15, 2021                    /s/ *M. Miller Baker*
           New York, New York               M. Miller Baker, Judge