UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., <br>    *Plaintiff*, <br> and <br> CABINETS TO GO, LLC, <br>    *Plaintiff-Intervenor*, <br> v. <br> UNITED STATES, <br>    *Defendant*, <br> and <br> AMERICAN KITCHEN CABINET ALLIANCE, <br>    *Defendant-Intervenor*. | Ct. No. 20-00109 <br><br> Before: M. Miller Baker, Judge |

**ORDER**

Plaintiff-Intervenor Cabinets to Go is directed to address the following questions within seven days:

1. If the court remands and orders Commerce to recalculate Meisen's rate, does Cabinets to Go seek an order requiring Commerce to also recalculate the rate for successful separate-rate applicants, including Cabinets to Go's suppliers?

2. If the answer to question one above is no, then please describe what relief, if any, Cabinets to Go seeks from the court.

3. If the court orders Commerce to recalculate the rate for successful separate-rate applicants as described in question one above, is it more likely

than not, less likely than not, or unknowable whether the rate assigned to successful separate-rate applicants (and thus ultimately paid by Cabinets to Go as the importer of record) would drop?

    4.    Relatedly, if the court orders Commerce to recalculate the rate for successful separate-rate applicants as described in question one above, is it more likely than not, less likely than not, or unknowable whether the rate assigned to successful separate-rate applicants (and thus ultimately paid by Cabinets to Go as the importer of record) would increase?

Dated:    September 17, 2021    /s/ *M. Miller Baker*
                New York, New York    M. Miller Baker, Judge