## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., <br>    *Plaintiff*, <br> and <br> CABINETS TO GO, LLC, <br>    *Plaintiff-Intervenor*, <br> v. <br> UNITED STATES, <br>    *Defendant*, <br> and <br> AMERICAN KITCHEN CABINET ALLIANCE, <br>    *Defendant-Intervenor*. | Ct. No. 20-00109 <br><br> Before: M. Miller Baker, Judge |

## AMENDED REMAND ORDER

The court has reviewed Defendant's consent motion (ECF 73) for an extension of time for the Department of Commerce to file its remand determination in this action. All parties consent to the relief sought. Accordingly, it is hereby **ORDERED** that the remand order (ECF 72) entered in this matter on November 18, 2021, is **AMENDED** to provide that Commerce must file its remand determination on or before May 17, 2022. It is further **ORDERED** that all other provisions of the original remand order remain in effect.

Dated:    January 13, 2022        /s/ *M. Miller Baker*
               New York, New York     M. Miller Baker, Judge